JS - 6
**FILED: 7/09/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Jeffery Lee*, et al.,

        Plaintiffs,

        v.

*National Union Fire Insurance Company of Pittsburgh, PA*,

        Defendant.

CASE NO. CV 14-2396-GHK (MRWx)

JUDGMENT

Pursuant to the Court's July 9, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiffs' action against Defendant National Union Fire Insurance Company of Pittsburgh, PA is **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 9, 2014

_____
GEORGE H. KING
Chief United States District Judge